## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREENWOOD RACING INC., *et al.*,

        *Plaintiffs*,

   v.

AMERICAN GUARANTEE & LIABILITY
INSURANCE CO. and STEADFAST
INSURANCE CO.,

        *Defendants*.

CIVIL ACTION

NO. 21-1682

## ORDER

**AND NOW**, this 20th day of October 2021, upon consideration of Plaintiffs'

Motion to Remand (ECF No. 2), Defendants' Response (ECF No. 18), Plaintiffs' Reply

(ECF No. 19) and the Parties' supplemental briefing (ECF Nos. 24 and 25), it is hereby

**ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying

memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.