IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD RACING INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN GUARANTEE & LIABILITY INSURANCE CO. and STEADFAST INSURANCE CO., <br><br> *Defendants*. | CIVIL ACTION <br><br> NO. 21-1682 |

## ORDER

**AND NOW**, this 1st day of November 2021, upon consideration of Defendant Steadfast Insurance Company's Motion to Dismiss (ECF No. 12), Plaintiffs' Response (ECF No. 20), and Defendant's Reply (ECF No. 21), it is hereby **ORDERED** that:

1. The Motion is **GRANTED** for the reasons set forth in the accompanying memorandum.

2. Plaintiffs' claims against Steadfast are **DISMISSED without prejudice**.

3. Plaintiff may file an amended complaint on or before **November 15, 2021.**

4. If an amended complaint is filed, Defendants must respond on or before **November 29, 2021**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.