IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD RACING INC., GREENWOOD GAMING AND ENTERTAINMENT, INC., RACETRACK OP CO., CITY TURF CLUB OP CO., TURF CLUB OP CO., and ACRA TURF CLUB, LLC,<br>*Plaintiff*,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY<br><br>*Defendants*. | CIVIL ACTION<br>NO. 21-1682 |

## ORDER

**AND NOW**, this 12th day of September 2022, upon consideration of Defendant American Guarantee and Liability Insurance Company's Motion for Judgment on the Pleadings (ECF 37), Plaintiff Greenwood Racing Inc.'s Response (ECF 38), and Defendant's Reply (ECF 39), it is hereby **ORDERED** that:

1. Defendant's Motion for Judgment on the Pleadings is **GRANTED**.
2. Judgment is entered in favor of Defendant and against Plaintiff.
3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.