IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENWOOD RACING INC., GREENWOOD GAMING AND ENTERTAINMENT, INC., RACETRACK OP CO., CITY TURF CLUB OP CO., TURF CLUB OP CO., and ACRA TURF CLUB, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and STEADFAST INSURANCE COMPANY, <br><br> Defendants. | No. 2:21-cv-01682-GJP |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Plaintiffs Greenwood Racing Inc., Greenwood Gaming and Entertainment, Inc., Racetrack Op Co., City Turf Club Op Co., Turf Club Op Co., and ACRA Turf Club, LLC appeal, pursuant to 28 U.S.C. § 1291, to the United States Court of Appeals for the Third Circuit from: (1) this Court's November 1, 2021 Memorandum and Order granting Defendant Steadfast Insurance Company's Motion to Dismiss (ECF Nos. 28 & 29); and (2) this Court's September 12, 2022 Memorandum and Order granting Defendant American Guarantee and Liability Insurance Company's Motion for Judgment on the Pleadings and directing that the above-captioned case be closed (ECF Nos. 42 & 43).

Dated: October 12, 2022

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Michael A. Iannucci*
Michael A. Iannucci (Pa. ID No. 206169)
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5500
Fax: (215) 569-5555
Email: michael.iannucci@blankrome.com

Justin F. Lavella (admitted *pro hac vice*)
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-2200
Fax: (202) 420-2201
Email: justin.lavella@blankrome.com

*Attorneys for Plaintiffs Greenwood Racing Inc., Greenwood Gaming and Entertainment, Inc., Racetrack Op Co., City Turf Club Op Co., Turf Club Op Co., and ACRA Turf Club, LLC*

## **CERTIFICATE OF SERVICE**

I, Michael A. Iannucci, Esquire, hereby certify that on October 12, 2022, I caused a true and correct copy of the foregoing Notice of Appeal to be served via the Court's electronic filing system upon the following:

Susan M. Kennedy
Wiggin & Dana LLP
Two Liberty Place, Suite 2925
50 S. 16th Street
Philadelphia, PA 19102
skennedy@wiggin.com

*Attorneys for Defendant American Guarantee and Liability Insurance Company*

William D. Wilson
Mound Cotton Wollan & Greengrass LLP
30A Vreeland Road, Suite 210
Florham Park, NJ 07932
wwilson@moundcotton.com

*Attorneys for Defendant Steadfast Insurance Company*

                                                       */s/ Michael A. Iannucci*
                                                       Michael A. Iannucci